MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> JUAN BAUTISTA PEREZ, <br>   a/k/a Miguel Cobian Carrion, <br>     Defendant. | No. CR 11-0848 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On November 18, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to December 14, 2011. The parties have agreed to exclude the period of time between November 18, 2011 and December 14, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0848 EMC

At the hearing, the Court made findings consistent with this agreement. SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: November 22, 2011                _____/s/_____
                                      LOWELL C. POWELL
                                      Special Assistant United States Attorney

DATED: November 22, 2011                _____/s/_____
                                      GEOFFREY HANSEN
                                      Attorney for JUAN BAUTISTA PEREZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0848 EMC

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | For the reasons stated above and at the November 18, 2011 hearing, the Court finds that |
| 3 | the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from |
| 4 | November 18, 2011 through December 14, 2011 is warranted and that the ends of justice served |
| 5 | by the continuance outweigh the best interests of the public and the defendant in a speedy trial. |
| 6 | 18 U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of |
| 7 | the reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8 | diligence.  18 U.S.C. §3161(h)(7)(B)(iv). |
| 10 | IT IS SO ORDERED. |
| 12 | DATED: 11/28/11 |
| 13 | THE HON. JOSEPH C. SPERO  United States Magistrate Judge |

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0848 EMC